Gheorghe Petre, Plaintiff-Appellant, 
against
New Era Contracting Inc. and Ali A. Chaudhry, Defendants-Respondents.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, Bronx County (Bianka Perez, J.), entered March 14, 2019, after trial, in favor of defendants dismissing the action.




Per Curiam.
Judgment (Bianka Perez, J.), entered March 14, 2019, affirmed, without costs.
Civil Court applied the appropriate rules and principles of substantive law and accomplished "substantial justice" in dismissing plaintiff's claims for breach of contract and defective services (CCA 1807; see Williams v Roper, 269 AD2d 125 [2000], lv dismissed 95 NY2d 898 [2000]). Plaintiff failed to establish that the masonry work performed by defendant was defective, and failed to submit "[a]n itemized bill or invoice, receipted or marked paid, or two itemized estimates for... repairs" (CCA 1804; see Jesurun v AD Parking Inc., 53 Misc 3d 132[A], 2016 NY Slip Op 51387[U] [App Term, 1st Dept 2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: October 22, 2019